# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

THE SHOSHONE INDIAN TRIBE OF
THE WIND RIVER RESERVATION,
WYOMING,

*Plaintiff,*

v.

THE UNITED STATES,

*Defendant.*

Nos. 4581-79, 4582-79, 4583-79
Judge Hewitt

THE ARAPAHO INDIAN TRIBE OF
THE WIND RIVER RESERVATION,
WYOMING,

*Plaintiff,*

v.

THE UNITED STATES,

*Defendant.*

Nos. 4591-79, 4592-79, 4593-79
Judge Hewitt

## PLAINTIFF, SHOSHONE INDIAN TRIBE OF THE WIND RIVER RESERVATION, WYOMING, MOTION TO SUBSTITUTE COUNSEL

NOW COMES the Plaintiff, the Shoshone Indian Tribe of the Wind River Reservation, Wyoming, by its counsel, Susan Williams, to ask this Court to permit Ms. Williams to act as the counsel of record for the Plaintiff Tribe from this point forward in the above-named matter. As grounds therefore, the Plaintiff Tribe asserts:

1. In March 2005, the law firm of Williams and Works, P.A. was hired as general counsel by the Shoshone Indian Tribe of the Wind River Reservation, Wyoming;

2. The scope of the representation includes the handling of all legal matters pertaining to this case;

3. Ms. Williams, a partner in the above-named law firm, has been admitted to practice before the United States Court of Federal Claims;

4. Ms. Williams is prepared to meet the upcoming deadlines in this case, to include the pending discovery deadline, currently set for June 30, 2005;

5. Ms. Williams is familiar with the electronic filing rules and procedure that have been established in the rules of practice for the Court of Federal Claims; and

6. The Plaintiff, the Shoshone Indian Tribe of the Wind River Reservation, Wyoming, would like Ms. Williams to represent the Tribe in this case before this Court.

Pursuant to Local Rule 83.1(c)(4), the Court will find attached to this motion an Affidavit of Appointment for Ms. Williams and a Statement of Consent from prior counsel for Plaintiff Tribe, Steven Gordon.

For the forgoing reasons, the Plaintiff Tribe asks that this Court allow Ms. Williams to appear as the counsel of record in this matter.

Respectfully submitted, this 17th day of May, 2005

s/ Susan M. Williams
Susan M. Williams
Attorney for Plaintiff Shoshone Tribe of the
Wind River Reservation, Wyoming

Williams and Works, P.A.
PO Box 1483
Corrales, NM 87048-1483
505-899-1994
fax – 505-899-7972
swilliams@williamsandworks.net