IN THE UNITED STATES COURT OF FEDERAL CLAIMS

THE SHOSHONE INDIAN TRIBE OF
THE WIND RIVER RESERVATION,
WYOMING,

*Plaintiff,*

v.

Nos. 458-79 L
Judge Hewitt

THE UNITED STATES,

*Defendant.*

THE ARAPAHO INDIAN TRIBE OF THE
WIND RIVER RESERVATION, WYOMING,

*Plaintiff,*

v.

Nos. 459-79 L
Judge Hewitt

THE UNITED STATES,

*Defendant.*

**PLAINTIFF, SHOSHONE INDIAN TRIBE OF THE WIND RIVER RESERVATION, WYOMING, MOTION TO SUBSTITUTE COUNSEL**

Plaintiff, Shoshone Indian Tribe of the Wind River Reservation, by and through its counsel, respectfully moves for leave of Court to substitute Harry R. Sachse as counsel of record for the Tribe in this case. In support of this motion, the Tribe states:

1. Earlier this year, the Tribe retained the services of a number of different law firms to represent the Tribe on various matters. The Tribe retained the law firm of Williams and Works to serve as the Tribe's general counsel, and retained the law firm of Sonosky, Chambers, Sachse Endreson & Perry, LLP as special counsel on specific matters.

2. Since that time, the Tribe and its attorneys have assessed how best to manage the Tribe's legal work, and concluded that Williams and Works shall continue to serve the Tribe as its general counsel, while Harry R. Sachse, of Sonosky, Chambers, Sachse, Endreson & Perry, LLP, should serve as counsel of record to the Tribe in the Tribe's litigation against the United States before the Court of Federal Claims.

3. Mr. Sachse is admitted to practice in the Court of Federal Claims, has considerable experience in practice before the Court, and has become familiar with the proceedings in this case.

4. As required by Court of Federal Claims Rule 83.1(c)(4), an Affidavit of Appointment of Mr. Sachse, and a Statement of Consent from prior counsel of record, Ms. Williams, are submitted with this motion.

Wherefore Plaintiff Shoshone Indian Tribe of the Wind River Reservation respectfully prays that this Court enter an order granting this motion and substituting Harry R. Sachse as counsel of record for the Shoshone Indian Tribe of the Wind River Reservation in this case.

Respectfully submitted,

Dated: August 31, 2005.

*s/ Harry R. Sachse*

Harry R. Sachse
Sonosky, Chambers, Sachse, Endreson & Perry LLP
1425 K Street, N.W. Suite 600
Washington D.C. 20005
(202) 682-0240
(202) 682-0249 (fax)
hsachse@sonosky.com

Counsel for Plaintiff