# In the United States Court of Federal Claims

(E-Filed: December 6, 2005)

| | |
|---|---|
| THE SHOSHONE INDIAN TRIBE OF THE WIND RIVER RESERVATION, WYOMING,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 4583-79 L |
| THE ARAPAHO INDIAN TRIBE OF THE WIND RIVER RESERVATION, WYOMING,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 4593-79 L |

ORDER

The court has before it Defendant's Response to Tribes' Motion to Amend Pleadings, filed electronically on 12/5/2005. The court notes that defendant's filing is not in compliance with the electronic filing requirements of the court. In particular, the party filing should have selected Response to Motion rather than the generic Response option for this type of filing. The same deficiency was noted in the filing for case no. 79-4582.

The parties are encouraged to familiarize themselves with the electronic filing requirements of the court so that future filings are compliant with RCFC rules.

IT IS SO ORDERED.

s/Emily C. Hewitt
EMILY C. HEWITT
Judge